Brian A. Cabianca (AZ Bar No. 016410)
brian.cabianca@squirepb.com
Gregory T. Saetrum (AZ Bar No. 030797)
gregory.saetrum@squirepb.com
Squire Patton Boggs (US) LLP
1 East Washington Street, St. 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

Ashley N. Moore (TX Bar No. 24074748) (*pro hac vice*)
amoore@mckoolsmith.com
Gary Cruciani (TX Bar No. 05177300) (*pro hac vice*)
gcruciania@mckoolsmith.com
David Sochia (TX Bar No. 00797470) (*pro hac vice*)
dsochia@mckoolsmith.com
McKool Smith, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000
(214) 978-4044

*Attorneys for Plaintiffs DriveTime Sales and Finance Company, LLC and DriveTime Car Sales Company, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| DriveTime Sales and Finance Company, LLC and DriveTime Car Sales Company, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Drivetime, Inc.,<br><br>Defendant. | Case No. 19-cv-05391-PHX-JAT<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to the Court's December 11, 2019 Order (Dkt. 26), the parties provide notice that they have agreed to a settlement in principle, but are still working through the appropriate documentation. The parties hope to finalize the settlement documentation within the next twenty-one days, at which time the parties anticipate being able to file a notice of dismissal.

1  DATED this 8th day of October, 2020.

2

3   /s/ Brian A. Cabianca                              /s/ Jonathan P. Froemel (with permission)
    Brian A. Cabianca                                  Maria Crimi Speth
4   Gregory T. Saetrum                                 Jaburg & Wilk, P.C.
    Squire Patton Boggs (US) LLP                       3200 N. Central Avenue, 20th Floor
5   1 East Washington Street, St. 2700                 Phoenix, AZ 85012
    Phoenix, Arizona 85004
6   Telephone: (602) 528-4000                          Jonathan P. Froemel
    Facsimile: (602) 253-8129                          Caitlin R. Byczko
7                                                      Barnes & Thornburg LLP
    Ashley N. Moore (*pro hac vice*)                   11 S. Meridian St.
8   Gary Cruciani (*pro hac vice*)                     Indianapolis, IN 46204
    David Sochia  (*pro hac vice*)
9   McKool Smith, PC                                   *Attorneys for Defendant Drivetime, Inc.*
    300 Crescent Court, Suite 1500
10  Dallas, TX 75201
    (214) 978-4000
11  (214) 978-4044

12  *Attorneys for Plaintiffs DriveTime
    Sales and Finance Company, LLC and
13  DriveTime Car Sales Company, LLC*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8th day of October, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Tanya Skeet*